# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM McCALLISTER, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | No. 2:08-cv-351-GZS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 32) filed October 5, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Award of Fees (Docket No. 27) and Plaintiff's Attorney's Supplemental Motion for Award of Fees (Docket No. 29) are **GRANTED** for a total fee of $26,500, provided that counsel returns the earlier $4,000 EAJA fee award to the Plaintiff.

                                                              /s/ George Z. Singal
                                                             United States District Judge

Dated this 26th day of October, 2011.